UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KI KANG LEE, <br><br> Petitioner, <br><br> v. <br><br> PATRICK GLEBE, <br><br> Respondent. | CASE NO. C14-5603 RBL-JRC <br><br> REPORT AND RECOMMENDATION <br><br> NOTED FOR: <br> OCTOBER 3, 2014 |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction.

Petitioner asked that the Court allow him to proceed in forma pauperis (Dkt. 4). When the Clerk's Office informed petitioner of defects in his motion, he paid the full five dollar filing fee. *See* receipt number TAC012158 entered August 15, 2014. Accordingly, the Court recommends denying petitioner's motion to proceed in forma pauperis because the motion is moot.

REPORT AND RECOMMENDATION - 1

1  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
2  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
3  6. Failure to file objections will result in a waiver of those objections for purposes of de novo
4  review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
5  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
6  October 3, 2014, as noted in the caption.

7  Dated this 8th day of September, 2014.

J. Richard Creatura
United States Magistrate Judge