UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KI KANG LEE,<br><br>    Petitioner,<br><br>  v.<br><br>PATRICK GLEBE.<br><br>    Respondent. | CASE NO. C14-5603 RBL-JRC<br><br>ORDER |

  The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

  (1)  The Court adopts the Report and Recommendation, petitioner's motion to proceed in forma pauperis is denied as moot. Petitioner has paid the filing fee.

  DATED this 10th day of October, 2014.

                */s/ Ronald B. Leighton*
                RONALD B. LEIGHTON
                UNITED STATES DISTRICT JUDGE

ORDER - 1