UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KI KANG LEE,

              Petitioner,

   v.

PATRICK GLEBE,

              Respondent.

CASE NO. C14-05603 RBL

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court dismisses the petition for the reasons set forth in the Report and Recommendation.

(3)    No certificate of appealability will be issued

DATED this 20th day of March, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1